**\*\* E-filed December 15, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER BECKUM, | No. C09-03301 HRL |
| Plaintiff,<br>v. | **ORDER SETTING DEADLINE FOR CONSENT OR DECLINATION** |
| CITY OF EAST PALO ALTO; OFFICER SOARES, individually and in his Personal Capacity and his Official Capacity as a police officer for the City of East Palo Alto; and CHIEF OF POLICE RONALD L. Davis, | [Re: Docket No. 8] |
| Defendants. / | |

Upon filing, this action was scheduled for an initial case management conference on November 10, 2009 that was later continued to December 29, 2009 due to the court's unavailability. (Docket No. 4.) Defendants' counsel now request a thirty-day continuance of the initial case management conference on account of their holiday vacation schedule. Plaintiff did not file any opposition to this request.

However, to date, no party has filed either a consent or declination to proceed before a United States Magistrate Judge pursuant to Civil Local Rule 73-1. The parties are directed to file either a consent or a declination **no later than December 22, 2009**. The consent and declination forms are available from the Clerk's Office and the court's website at www.cand.uscourts.gov. If any party fails to enter a consent or declination by this deadline, this case will be automatically reassigned to a United States District Judge.

1  **IT IS SO ORDERED.**

2  Dated: December 15, 2009

3  _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**C 09-03301 Notice will be electronically mailed to:**

| | |
|---|---|
| David Walter Washington | dwlaw16@aol.com |
| Jeffrey Michael Vucinich | jvucinich@clappmoroney.com, cgomez@clappmoroney.com, jburns@clappmoroney.com, lsteele@clappmoroney.com, pco@clappmoroney.com, sharrington@clappmoroney.com |
| Patrick Reyes Co | pco@clappmoroney.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**