\*\* **E-filed December 23, 2009** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER BECKUM, | No. C09-03301 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF EAST PALO ALTO; OFFICER SOARES, individually and in his Personal Capacity and his Official Capacity as a police officer for the City of East Palo Alto; and CHIEF OF POLICE RONALD L. Davis, | **[Re: Docket No. 8]** |
| Defendants. | |

Upon filing, this action was scheduled for an initial case management conference on November 10, 2009 that was later continued to December 29, 2009 due to the court's unavailability. (Docket No. 4.) Defendants' counsel then requested a thirty-day continuance of the initial case management conference on account of their holiday vacation schedule. Good cause appearing, the Case Management Conference is hereby CONTINUED to **February 2, 2010 at 1:30 pm** in Courtroom 2, 5th floor of the United States District Court, San Jose. The parties shall submit an initial joint case management statement no later than **January 26, 2010**.

**IT IS SO ORDERED.**

Dated: December 23, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-03301 Notice will be electronically mailed to:**

| | |
|---|---|
| David Walter Washington | dwlaw16@aol.com |
| Jeffrey Michael Vucinich | jvucinich@clappmoroney.com, cgomez@clappmoroney.com, jburns@clappmoroney.com, lsteele@clappmoroney.com, pco@clappmoroney.com, sharrington@clappmoroney.com |
| Patrick Reyes Co | pco@clappmoroney.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**