NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER BECKUM, | No. C09-03301 HRL |
| Plaintiff,<br>v. | **ORDER DISCHARGING JANUARY 28, 2010 ORDER TO SHOW CAUSE** |
| CITY OF EAST PALO ALTO; OFFICER SOARES, individually and in his Personal Capacity and his Official Capacity as a police officer for the City of East Palo Alto; and CHIEF OF POLICE RONALD L. Davis, | |
| Defendants. | |

On January 28, 2010, this court issued an order to show cause directed to David Washington, counsel for plaintiff. Mr. Washington was ordered to appear and show cause why he should not be sanctioned for failures related to case management and other identified issues.

On February 2, 2010, Mr. Washington appeared before this court to address the show cause order. Based on his appearance and the explanation provided, the order to show cause is now discharged. No sanctions will be imposed.

**IT IS SO ORDERED.**

Dated: February 2, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-03301 Notice will be electronically mailed to:**

| | |
|---|---|
| David Walter Washington | dwlaw16@aol.com |
| Jeffrey Michael Vucinich | jvucinich@clappmoroney.com, cgomez@clappmoroney.com, jburns@clappmoroney.com, lsteele@clappmoroney.com, pco@clappmoroney.com, sharrington@clappmoroney.com |
| Patrick Reyes Co | pco@clappmoroney.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**