UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PETER BECKUM,<br>        Plaintiffs, | No. C 09-3301 HRL |
| v. | **ORDER GRANTING REQUEST TO EXCUSE DEFENDANTS RONALD DAVIS AND OFFICER SOARES FROM PERSONALLY ATTENDING THE ENE SESSION** |
| CITY OF EAST PALO ALTO, et al.,<br>        Defendants.<br>_____/ | |

Date:        April 27, 2010
Mediator:   Edwin Wilson

   IT IS HEREBY ORDERED that the request for defendants Chief of Police Ronald Davis and Officer Soares to be excused from attending the April 27, 2010 ENE session before Edwin Wilson is GRANTED.

   IT IS SO ORDERED.

April 22, 2010          By:       *Elizabeth D. Laporte*
Dated                              Elizabeth D. Laporte
                                   United States Magistrate Judge