\*\* **E-filed August 20, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER BECKUM, | No. C09-03301 HRL |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SETTING NEW DEADLING FOR DEFNDANTS' REPLY BRIEF** |
| v. | |
| CITY OF EAST PALO ALTO; CHIEF OF POLICE RONALD L. DAVIS; and OFFICER EDWARD SOARES, individually and in his personal capacity and his official capacity as a police officer for the City of East Palo Alto, | [Re: Docket No. 26] |
| Defendants. | |

In light of Plaintiff's late-filed opposition to Defendants' motion for summary judgment, the hearing on Defendants' motion is continued from August 31, 2010 to **September 7, 2010 at 10:00 a.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. Defendants shall file any reply to Plaintiff's opposition **no later than 5 p.m. on August 26, 2010**.

**IT IS SO ORDERED.**

Dated: August 20, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-03301 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| David Walter Washington | dwlaw16@aol.com |
| Jeffrey Michael Vucinich | jvucinich@clappmoroney.com, achang@clappmoroney.com, cgomez@clappmoroney.com, pco@clappmoroney.com |
| Patrick Reyes Co | pco@clappmoroney.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2