**\*\* E-filed October 14, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER BECKUM, | No. C09-03301 HRL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF EAST PALO ALTO; CHIEF OF POLICE RONALD L. DAVIS; and OFFICER EDWARD SOARES, individually and in his personal capacity and his official capacity as a police officer for the City of East Palo Alto, | |
| Defendants. | |

This action was tried before a jury, the undersigned magistrate judge, presiding. On October 13, 2010, the jury returned a verdict in favor of Defendant Officer Ed Soares and against Plaintiff Peter Beckum as to all claims for relief. Accordingly, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered in favor of Defendant and against Plaintiff.

Dated: October 14, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-03301 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| David Walter Washington | dwlaw16@aol.com |
| Jeffrey Michael Vucinich | jvucinich@clappmoroney.com, achang@clappmoroney.com, cgomez@clappmoroney.com, pco@clappmoroney.com |
| Patrick Reyes Co | pco@clappmoroney.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**